UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STIRLING LARKIN,<br><br>        Plaintiff,<br><br>   -against-<br><br>SABER AUTOMOTIC, LLC,<br><br>        Defendant. | 23-cv-2428 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  The parties in this case submitted a joint letter, Dkt. 21, in response to the Court's Notice of Reassignment, Dkt. 20. In addition to addressing the issues that the Court required the parties to address, which the Court appreciates, the parties also discussed extensions to this case's deadlines and certain issues in discovery.

  The parties are directed to follow the Court's Individual Practices. "All requests for adjournments or extensions of time must be made in writing and filed on ECF as letter-motions, not as ordinary letters, proposed stipulations, or proposed orders." Individual Practices in Civil Cases, ¶ 3.E. And those letter motions must include certain information that was not included in the parties' joint letter. So the parties should submit any extension requests through a compliant letter motion.

  As for the discovery issues, it is not clear whether these issues have ripened into disputes. But if either party wants to raise a discovery dispute with the Court, it should not wait. It should follow the meet-and-confer procedures in ¶ 5 of the Court's Individual Practices in Civil Cases and then, if those procedures do not resolve the issue, bring the dispute to the Court's attention.

  SO ORDERED.

Dated: August 23, 2023
   New York, New York

                     ARUN SUBRAMANIAN
                     United States District Judge