**UNITES STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STIRLING LARKIN,<br><br>      Plaintiff,<br><br>v.<br><br>SABER AUTOMOTIVE, LLC d/b/a REZVANI MOTORS,<br><br>      Defendant. | Case No. 1:23-cv-02428-AS<br><br>**STIPULATION TO FILE SECOND AMENDED COMPLAINT** |

  **IT IS HEREBY STIPULATED AND AGREED** by counsel for Plaintiff and counsel for Defendant that pursuant to Fed R. Civ. P. 15(a)(2) Plaintiff will file a Second Amended Complaint by September 25, 2023. Defendants shall answer or otherwise respond to the Second Amended Complaint by October 16, 2023. This Stipulation may be executed electronically and in counterparts.

Dated: New York, New York
   September 22, 2023

| | |
|---|---|
| **SCHIFFER, APC** | **SHER TREMONTE LLP** |
| By: */s/ Eric M. Schiffer*<br> Eric M. Schiffer<br> 7545 Irvine Center Drive, Suite 200<br> Irvine, CA 92618<br> Tel: (949) 533-0485<br> eschiffer@schifferapc.com | By: */s/ Justin J. Gunnell*<br> Justin J. Gunnell<br> 90 Broad Street, 23rd Floor<br> New York, New York 10004<br> Tel: 212.202.2600<br> jgunnell@shertremonte.com |
| *Attorney for Defendant* | *Attorney for Plaintiff* |