UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STIRLING LARKIN,<br><br>       Plaintiff,<br><br>-against-<br><br>SABER AUTOMOTIVE, LLC, et al.,<br><br>       Defendants. | 23-cv-2428 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

Pursuant to the discussion at the December 13 conference:

1. By December 15, 2023, Defendant's counsel shall use best efforts to locate the vehicle at issue in this case and advise Plaintiff's counsel of any results.

2. By December 15, 2023, Plaintiff's counsel shall advise Defendant's counsel of the specific aspects of the vehicle about which he is seeking evidence.

3. By December 22, 2023, Defendant's counsel shall make best efforts to contact subcontractors, vendors, and others who worked on the vehicle to gather documentary evidence address Plaintiff's requests from part (2), and Defendant's counsel shall produce those documents and contacts to Plaintiff's counsel.

4. The motion for sanctions is DENIED WITHOUT PREJUDICE. The Clerk of Court is directed to close ECF 32.

5. The motion for the extension of discovery is GRANTED. *See* Dkt. 40.

SO ORDERED.

Dated: December 13, 2023
   New York, New York

                     ARUN SUBRAMANIAN
                     United States District Judge