UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STIRLING LARKIN,<br><br>      Plaintiff,<br><br>-against-<br><br>SABER AUTOMOTIVE, LLC,<br><br>      Defendant. | 23-cv-2428 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  The final pretrial conference in this case was rescheduled to April 4, 2024. That conference will be held at 11:30 a.m. in Courtroom 15A of the Moynihan Courthouse, 500 Pearl St., New York, NY 10007.

  By January 19, 2024, the parties shall meet and confer and file a letter proposing potential trial dates in April, May, June, and July of 2024.

  SO ORDERED.

Dated: January 3, 2024
    New York, New York

                     _____
                     ARUN SUBRAMANIAN
                     United States District Judge