

7545 Irvine Center Drive, Suite 200  
Irvine, CA 92618  
Telephone - (949) 533-0485  
www.schifferapc.com

**Eric Schiffer**  
eschiffer@schifferapc.com

May 9, 2024

<u>**Via ECF Only**</u>

The Honorable Arun Subramanian  
United States District Judge,  
Southern District of New York  
500 Pearl Street  
New York, New York 10007

        Re:    **Stirling Larkin v. Saber Automotive, LLC dba Rezvani Motors**  
                **USDC, SD New York Case No. 1:23-CV-02428-AS**  
                <u>**Joint Letter-Motion to Adjourn Current Trial Readiness Conference**</u>  
                <u>**and Reset the Date**</u>

Dear Judge Subramanian,

      The undersigned represents defendants Saber Automotive, LLC (California) and Saber Automotive, LLC (Montana) with regard to the above-referenced matter. This letter motion is presented as a joint request with attorney Justin Gunnell, counsel for plaintiff Stirling Larkin, to adjourn the Trial Readiness Conference currently set for June 3, 2024, and to reset that Conference to a date in late June 2024, depending upon the court's calendar.

| Current Trial Readiness Conference Date | Proposed Adjourned Trial Readiness Conference Dates |
|---|---|
| June 3, 2024 | Week of June 24, 2024 |

      This is the fourth request to move deadlines. The first request was granted by the court on August 20, 2023. The second request was granted by the court on December 13, 2023. The third request was granted by the court on February 28, 2024 (Dkt 71) and was based upon the same reason upon which the current request is being made.

      The reason for this adjournment request of the current Trial Readiness Conference date is as follows:

The Hon. Arun Subramanian
May 9, 2024
Page 2 of 2
_____

      The parties have both filed summary judgment motions, the extensive briefing for which was completed on March 14, 2024.  As of yet, the court has not ruled on those pending motions.  An adjournment of the current Trial Readiness Conference will allow the court to rule on the pending summary judgment motions in order to define the scope of (and potentially whether there will be) a trial before the parties begin pretrial preparations in advance of the Trial Readiness Conference.

      For this reason, and for good cause shown, the parties respectfully request that the court grant their joint request to adjourn the Trial Readiness Conference to a proposed date as set forth above, or to any such date which the court deems appropriate.

Very Truly Yours,

SCHIFFER, APC

*/s/Eric M. Schiffer*
_____
Eric M. Schiffer

cc:  Justin J. Gunnell, counsel for Plaintiff Stirling Larkin (Via ECF)

---

The request is granted. The June 3 conference is rescheduled for June 24 at 2 p.m. But keep the June 3 date on your calendars. If the Court issues its ruling before June 3, and if the ruling doesn't end this case, the Court would like the parties to hold June 3 for a face-to-face session between the parties and their principals so they can see, before trial prep starts in earnest, if there's a way out of this case.
SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: May 9, 2024