**SHER TREMONTE** LLP

May 22, 2024

**BY ECF**

Hon. Arun Subramanian
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

                Re:    *Stirling Larkin v. Saber Automotive, LLC*
                         Case No. 23-cv-2428 (AS)

Dear Judge Subramanian:

      Counsel for Plaintiff Stirling Larkin and Defendants Saber Automotive, LLC and Saber Automotive, LLC (Montana) d/b/a Rezvani Motors ("Rezvani") (together, the "Parties") in the above-captioned case write jointly concerning the Court's Order directing that the Parties and their principals hold a face-to-face session on June 3 (in the event the Court rules on summary judgment by this date and the ruling does not end the case) to see if the case can be resolved. *See* Dkt. No. 81.

      Because Rezvani and their counsel are California-based they have requested that any such meeting be conducted by the Parties virtually. Plaintiff has consented to this request and the Parties respectfully request the Court's permission to do so. Additionally, although counsel for the Parties are available on June 3, due to scheduling conflicts with the Parties' principals, the Parties also request that the Court permit that the meeting, to the extent one is necessary, occur on either May 28 or June 12 depending on the date the Court may issue its ruling.

      The Parties are not requesting an adjustment of any other deadlines at this time.

                                      Sincerely,

                                      *s/ Justin J. Gunnell*

                                      Justin J. Gunnell

---

The requests are GRANTED. But the meeting should still be "face to face" by using video chat.
SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: May 23, 2024